```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

JESSICA P. SMITH,                *

    Plaintiff,               *

vs.                              *     CASE NO. 4:24-cv-46 (CDL)

TECHNICAL COLLEGE SYSTEM OF      *
GEORGIA,
                                 *
    Defendant.

O R D E R

Plaintiff Jessica Smith, who is proceeding *pro se*, asserts claims against Defendant Technical College System of Georgia for sexual harassment, discrimination, and retaliation on the basis of race and sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. Defendant has moved for summary judgment on all of these claims. Although Plaintiff was clearly notified of the serious consequences for failing to respond to the summary judgment motion, she nevertheless failed to respond. Thus, she is deemed to have admitted Defendant's Statement of Undisputed Facts filed in support of its summary judgment motion. *See* M.D. Ga. R. 56 ("All material facts contained in the movant's statement which are not specifically controverted by specific citation to particular parts of materials in the record shall be deemed to have been admitted, unless otherwise inappropriate."). In light of the present record, which includes those admissions as well as

the Court's independent review of Defendant's citations to that record in Defendant's Statement of Undisputed Facts, the Court finds that all of Plaintiff's claims, except for her constructive discharge claim, are time-barred.  The Court further finds that based on the present record a reasonable jury could not conclude that Plaintiff was constructively discharged, and therefore, Defendant is entitled to summary judgment on that claim, too.  Accordingly, Defendant's motion for summary judgment (ECF No. 38) is granted.[1]

IT IS SO ORDERED, this 27th day of August, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] The brevity of the Court's order is not correlated to the thoroughness of its review of the record.  The Court thoroughly studied the record but decided not to include Plaintiff's arguably defamatory allegations in this order given that Plaintiff essentially abandoned those claims by not bothering to respond to the motion for summary judgment.